FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 FEB 18 AM 11: 32
DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| LYMAN ROGER WALKER, | Bankruptcy No. 05-31183  |
| | (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Sky Blue Industries<br>PO Box 187<br>Ogden, UT 84402-0187 | $3.29 |

A check in the amount of $3.29 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: February 2, 2010

                                                  DAVID L. MILLER
                                                 Chapter 7 Trustee